# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:21-cr-303 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| KHIREE D. TRAYLOR, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on August 15, 2025.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on September 11, 2025. The defendant admitted to Violations 3, 4, and 5 of the Violation Report and, after an evidentiary hearing, the magistrate judge also found the defendant violation of his supervised release as set forth in Violations 1 and 2.

1. Possession of a Firearm and Ammunition;
2. Possession of Alleged Illicit Substances;
3. Refusal to Allow Officers to Search Phone;
4. Failure to Engage in Cognitive Behavioral Therapy (CBT); and
5. Contact with a Convicted Felon.

---

[1] Supplemental report was filed on August 25, 2025 and Second Supplemental Report filed on October 21, 2025.

The magistrate judge filed a report and recommendation on September 11, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4 and 5.

A final supervised release violation hearing was conducted on November 6, 2025. Present were the following: Assistant United States Attorney Jason M. Katz, representing the United States; Attorneys Aleesha Kazi and David E. Johnson representing the defendant; the defendant Khiree D. Traylor, and United States Probation Officer Mark Shannon.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 18 months with credit for time served to date. The Court recommends that the defendant be placed at FCI Elkton so that he may be as close to his family as possible. Upon release from custody, the defendant is to be placed on supervised release for a period of 18 months, with the same terms and conditions as previously imposed. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours after release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: November 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**